

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2022

No. 04-21-00512-CV

**MR. W FIREWORKS, INC.**,
Appellant

v.

**CONCHO ACQUISITION PARTNERS, LLC**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-03698
Honorable Tina Torres, Judge Presiding

# O R D E R

The reporter's record was originally due December 27, 2021. On December 6, 2021, the court reporter filed a notification of late record, stating that appellant had failed to pay or make arrangements to pay the court reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee. The record was not filed by the December 27, 2021 deadline.

We therefore **ORDER** that appellant provide written proof to this court that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee **by January 18, 2022**. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date the clerk's record is filed, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2022.



Michael A. Cruz,
Clerk of Court